STATE OF MONTANA,
    Plaintiff,                                      No. DC-99-43
vs.                                                 Amended Judgment
JOHN A. P. HANNAN,                                  and Commitment
    Defendant.

On December 30, 1999, the Defendant was sentenced to forty (40) years in the Montana State Prison.

On November 2, 2000, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and was represented by Ann German. The state was not represented.

The Defendant having been duly informed of the amended judgment and commitment, and having **not** waived his right to appear before the undersigned for this pronouncement of sentence, whereupon,

IT IS ORDERED, ADJUDGED AND DECREED that the sentence is amended to forty (40) years in the Montana State Prison, plus an additional ten (10) years for the use of a dangerous weapon during the commission of the offense, to be served consecutively to the underlying sentence.

DATED this 21st day of December, 2000.

Hon. Ted L. Mizner, District Court Judge.